IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEODORE SOMACH and, | : | |
| ROMTECH EOOD, | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 22-2071 |
| CLEOPATRA RECORDS, INC. | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of September 2023, upon consideration of Defendant's Motion to Dismiss (Doc. No. 25), Plaintiffs' Response (Doc. No. 26), and Defendant's Reply (Doc. No. 29, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**